THE STATE OF OHIO, APPELLEE, *v.* VOGT, APPELLANT.

[Cite as *State v. Vogt,* 118 Ohio St.3d 193, 2008-Ohio-2205.]

(No. 2007–0670—Submitted May 6, 2008—Decided May 14, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Simpkins,* 117 Ohio St.3d 420, 2008-Ohio-1197, 884 N.E.2d 568.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

John D. Ferrero, Stark County Prosecuting Attorney, and Ronald Mark Caldwell, Assistant Prosecuting Attorney, for appellee.

Timothy Young, State Public Defender, and Katherine A. Szudy, Assistant State Public Defender, for appellant.